No. 1121, Misc.   EVANS *v.* CUPP, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1127, Misc.   TAYLOR *v.* CADY, WARDEN.   Sup. Ct. Wis.   Certiorari denied.

No. 1128, Misc.   JOHNS *v.* NELSON, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1131, Misc.   BROWN *v.* KEITH.   C. A. 8th Cir. Certiorari denied.

No. 1134, Misc.   GILMORE *v.* CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1136, Misc.   HUSKEY *v.* CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1143, Misc.   GRIX *v.* HEROLD, STATE HOSPITAL DIRECTOR.   C. A. 2d Cir.   Certiorari denied.

No. 1145, Misc.   ROUNTREE *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1148, Misc.   McDANIELS *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1153, Misc.   PARRISH *v.* BETO, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 1157, Misc.   MINK *v.* KENT, U. S. DISTRICT JUDGE. C. A. 6th Cir.   Certiorari denied.